# ChamberlainD'Amanda

Attorneys and Counselors at Law

4/28/10

*Rec # 7137*
*$10.11*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

        RE:    Ivn E. Flannery
                  BK No.: 08-20084

Dear Clerk:

     It appears from the canceled checks filed herein, that the funds belonging to the estate of the above-named Debtor have been disbursed in accordance with Orders entered herein, excepting the following check:

| Check No. | Payable To | Amount | Claim No. |
|---|---|---|---|
| 104 | Virginia Dept of Taxation<br>P.O. Box 280904<br>Harrisburg, PA 17128-0904 | $10.11 | 5 |

where more than ninety (90) days have elapsed since the final notice and the creditor could not be located.

     Enclosed is a Trustee's check payable to the Clerk of the U.S. Bankruptcy Court for the Western District of New York, for the sum of $10.11 representing said dividend check.

Very truly yours,

Douglas J. Lustig

DJL/mms
Encl.



FILED April 27 2010 BANKRUPTCY COURT ROCHESTER, NY

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882    Chamberlain D'Amanda Oppenheimer & Greenfield LLP

Case 2-08-20084-JCN   Doc 27   Filed 04/28/10   Entered 04/29/10 10:49:00   Desc Main
Document   Page 1 of 1